1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL JAY HARRIS,                       No.  2:13-cv-2604 LKK CKD P

12              Petitioner,

13         v.                                   ORDER

14    CONNIE GIPSON.,

15              Respondent.

16

17

18         In his petition brought pursuant to 28 U.S.C. § 2254, petitioner raises several claims of

19    ineffective assistance of trial counsel.  Respondent has been directed to file a response to the

20    petition.  Before the court is respondent's  request for a copy of the sealed transcript of a <u>Marsden</u>

21    hearing[1] held in petitioner's criminal case on March 10, 2010.

22         Pursuant to California statute, <u>Marsden</u> proceedings are confidential, and the transcripts of

23    those proceedings are to be maintained under seal.  <u>See</u> Cal. R. Ct. 8.45, *Advisory Committee*

24    *Comment*, subd. (b)(5).  Under state law, such a record "must be transmitted only to the reviewing

25    court and the party or parties who had access to the record in the trial court or other proceedings

26    _____

27    [1] <u>People v. Marsden</u>, 2 Cal.3d 118 (1970) requires the trial court to give "a party an opportunity to
      present argument or evidence in support of his contention" requesting substitution of counsel in a
28    hearing outside the presence of the jury.

                                              1

1  under review and may be examined only be the reviewing court and that party or parties." Cal. R.

2  Ct. 8.45(d)(1).  When respondent recently requested a copy of the sealed <u>Marsden</u> transcript from

3  the Court of Appeal, Third Appellate District, the court granted the request in part by sending a

4  sealed copy to the undersigned, but otherwise denied respondent's request.  (ECF No. 22-1 at 2.)

5         As sealed <u>Marsden</u> transcripts are commonly lodged in federal habeas actions, and good

6  cause appearing, IT IS HEREBY ORDERED that the Clerk of Court send one (1) copy of the

7  March 10, 2010 <u>Marsden</u> hearing transcript to respondent under seal, and one (1) copy to

8  petitioner, also under seal.

9  Dated:  June 10, 2014

10  _____

    CAROLYN K. DELANEY

11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15  2 / harr2604.marsden

16

17

18

19

20

21

22

23

24

25

26

27

28